1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDALL STORY,

        Plaintiff,

    v.

THE M/T ALLEGIANCE, *et al.*,

        Defendants.

Case No.  C07-0139RSL

ORDER TO SEAL DOCUMENTS
AND FILE REDACTED COPIES
OF SEALED DOCUMENTS

    This matter comes before the Court *sua sponte*.  Defendants have filed their opposition to plaintiff's motion to compel payment of maintenance and cure.  Some of the exhibits to those filings contain private and personal information that needs to be redacted from public documents.

    Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

    * Dates of Birth - redact to the year of birth

    * Names of Minor Children - redact to the initials

    * Social Security Numbers - redact to the last four digits

    * Financial Accounting Information - redact to the last four digits

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1    The General Order was issued by the court pursuant to the official policy on privacy

2  adopted by the Judicial Conference of the United States and can be found on the court's website

3  at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must

4  comply with the Privacy Policy and the General Order.

5    In order to restrict access to the private and confidential information that has already

6  made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to

7  seal (1) the Declaration of Marc Warner, Dkt. #23, and (2) the second Declaration of Marc

8  Warner, Dkt. #29, in the above-captioned matter.  The parties are directed to promptly review all

9  previously filed documents to ensure that they do not contain additional information that should

10  have been redacted.  The parties shall make every effort to avoid such public disclosures of

11  confidential information in the future.

12    As a result of the improper filings, a substantial portion of the record is now sealed,

13  which is inconsistent with the public's right of access.  Defendants are therefore ORDERED to

14  file, within ten days of the date of this order, redacted copies of all documents which have been

15  sealed in this case.  If the parties have any questions about the Privacy Policy and the General

16  Order or need assistance in filing and properly labeling the redacted copies, they should contact

17  the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

18

19    DATED this 26th day of October, 2007.

20

21

22    Robert S. Lasnik
     United States District Judge

23

24

25

26

27

28  ORDER TO SEAL AND
    FILE REDACTED COPIES - 2